ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/22

June 2, 2022

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Alexander Melendez
> 17 Cr. 791 (LAK)

Dear Judge Kaplan:

I represented Mr. Alexander Melendez in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 27.5 hours, nunc pro tunc to January 3, 2022, assisting me in this matter. Much of that time involved work on the sentencing submission. None of Ms. Perillo's work was duplicative.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Melendez in this matter. Thank you very much.

Sincerely,

*David Stern*
David Stern

DS/sc

*Granted*
*[signature]*
6/2/22