UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

  - v. -                            :      ORDER

ALEXANDER MELENDEZ,                :      S5 17 Cr. 791 (LAK)

        Defendant.                :

- - - - - - - - - - - - - - - - x

WHEREAS, with the consent of defendant Alexander Melendez, the defendant's admission to violating the terms of his supervised release was taken before a United States Magistrate Judge on June 21, 2023;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant admitted to violating the terms of his supervised release knowingly and voluntarily and that there was a factual basis for the admission;

IT IS HEREBY ORDERED that the defendant's admission is accepted.

Dated:  New York, New York
       July __7__, 2023

                               /s/ Lewis A. Kaplan
                            _____
                            HONORABLE LEWIS A. KAPLAN
                            United States District Judge
                            Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-2023