USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

     v.

Alexander Melendez,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17-CR-791-001 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The June 23, 2025 violation of supervised release memo concerning defendant Alexander Melendez, and any potential amendments to that memorandum, are referred to the magistrate judge on duty today, the Hon. Barbara C. Moses.

       The referral is for pre-hearing management, a change of plea hearing, or holding an evidentiary hearing and the production of a report and recommendation to this Court.

       SO ORDERED.

Dated:     June 25, 2025

                                                        Lewis A. Kaplan
                                             United States District Judge