# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**MEMO ENDORSED**

September 10, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2025

**Glen A. Kopp**
Partner
T: +1 212 506 2648
F: +1 212 849 5675
GKopp@mayerbrown.com

BY ECF

The Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court Southern District New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Melendez, 17 Cr. 791 (LAK)

Dear Judge Moses:

We write on behalf of our client, Alexander Melendez, the defendant in the above-captioned matter, to respectfully request that Your Honor adjourn the September 18, 2025, revocation of supervised release hearing (the "September 18 Hearing") to October 16 or October 17, 2025, depending on the Court's availability. The parties have continued to confer to reach a potential resolution to Specifications One through Three of the violation report. We have conferred with counsel for the Government who joins in the requested adjournment. This is the second Motion for adjournment of the revocation of supervised release hearing that was initially scheduled for August 6, 2025.

By way of background, on February 3, 2022, the Honorable Lewis A. Kaplan sentenced Alex to 60-months' imprisonment and five-years' supervised release. Alex was released from custody on or about May 10, 2022, and commenced his term of supervised release. While under supervised release, Alex was re-arrested on New York state charges which also formed the basis for violations of the terms of his federal supervised release. On May 17, 2023, he pleaded guilty in Orange County Court to Criminal Possession of a Weapon. He was sentenced to one year's imprisonment in New York State Prison. On September 12, 2023, Judge Kaplan sentenced Alex on his violation of supervised release to twelve months' imprisonment to run consecutive to any undischarged term of imprisonment, followed by three years' supervised release.

On October 16, 2024, Alex commenced his second term of supervised release. On April 26, 2025, New York State Police allegedly conducted a traffic stop of a car wherein Alex was the driver. Alex was handcuffed and allegedly fled and evaded police capture. Shortly thereafter, on May 1, 2025, Alex turned himself in to authorities and was charged with escape (the "New York State Case"). On June 23, 2025, U.S. Probation issued a violation report in which one of the alleged supervised release specifications stems from the same conduct as alleged in the New York State Case. On June 25, 2025, Judge Kaplan referred this case to Your Honor. On July 7, 2025, Alex made an initial appearance before Your Honor, at which Alex was released on bail to home confinement with various conditions. *See* ECF No. 336. Your Honor scheduled the initial

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

The Honorable Barbara C. Moses
September 10, 2025
Page 2

supervised release hearing for August 6, 2025, which was then adjourned to September 18, 2025 on request of the parties. On August 5, 2025, the charges in the New York State Case were dismissed.

       In light of the ongoing discussions between the parties regarding a possible resolution of the pending specifications and the defense's ongoing review of the discovery, with the concurrence of the Government, we respectfully request an adjournment of the September 18, 2025 hearing date to either October 16 or 17, 2025, or to a date most convenient to the Court.

                                          Respectfully submitted,

                                          /s/ *Glen A. Kopp*
                                          Glen A. Kopp
                                          Partner

cc:     Getzel Berger, Esq. (by email and ECF)

---

So Ordered:

_[signature]_
BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
September 11, 2025

The revocation hearing is ADJOURNED to **October 16, 2025, at 2:00 p.m.**

The Honorable Barbara C. Moses
September 10, 2025
Page 3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing to be served on the Government via the Court's electronic filing system on September 10, 2025.

Dated: September 10, 2025

/s/ *Glen A. Kopp*
Glen A. Kopp
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2648
GKopp@mayerbrown.com

*Counsel for Defendant Alexander Melendez*