UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALEXANDER MELENDEZ,

                Defendant.

**ORDER**

17 Cr. 791 (LAK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/25
```

WHEREAS, pursuant to this Court's referral, defendant Alexander Melendez appeared before U.S. Magistrate Judge Barbara Moses on October 16, 2025, during which he admitted to the three specifications in the violation-of-supervised-release report dated June 23, 2025, as amended during the October 16, 2025 proceeding;

WHEREAS, Judge Moses recommended that the Court accept the admissions;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the admission knowingly and voluntarily, that there was a factual basis for the admissions;

IT IS HEREBY ORDERED that the defendant's admission is accepted. Sentencing is scheduled for January 15, 2026, at 11:30 a.m. Any defense submissions shall be due by January 6, 2026. Any Government submissions shall be due by January 12, 2026.

**SO ORDERED.**

Dated:     New York, New York
                10/30, 2025

                                              THE HONORABLE LEWIS A. KAPLAN
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK